IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

ERICA STEWART                                                                                    PLAINTIFF

VS.                                              4:05CV00895 SWW/JTR

CONAGRA FOODS, INC.                                                                       DEFENDANT

## ORDER

The Court has determined that this case warrants the appointment of counsel (docket entry #20). Pursuant to Local Rule 83.7, Mr. Richard A. Reid, Reid, Burge, Prevallet & Coleman, 417 North Broadway, Post Office Box 107, Blytheville, Arkansas 72316-0107; (870) 763-4586, rreid_rbpc@sbcglobal.net, is hereby appointed to represent Plaintiff, Ms. Erica Stewart.

The Clerk of Court is directed to send counsel a copy of this Order and a copy of Local Rule 83.7. The Clerk is further directed to forward counsel a copy of this file within fifteen (15) days after the entry of this Order.

IT IS SO ORDERED, this 1st day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE