**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ERICA STEWART                                                                                                           PLAINTIFF

v.                                               No. 4:05CV00895 JLH

CONAGRA FOODS, INC.                                                                                        DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is hereby entered in favor of ConAgra Foods, Inc. Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 10th day of August, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE